UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

CASE NO.: 2:25-cv-02061

MARCO VERCH,

        Plaintiff,

v.

ALTORFER INC.,

        Defendant,

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff MARCO VERCH by and through his undersigned counsel, brings this Complaint against Defendant ALTORFER INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Verch's original copyrighted Work of authorship after removal of his copyright management information.

2. Verch is a photographer from Cologne, Germany. He has been working as a photographer for many years and enjoys taking pictures of scenery from his travels, sporting events, food, flowers, cars, drones and more. He also takes photos for advertisements and fundraising campaigns.

3. Defendant ALTORFER INC. ("Defendant") began as Altorfer Machinery Company in 1957 selling Caterpillar heavy equipment, over the years grew to include a second dealership called Capitol Machinery Company, and in 1998, merged into Altorfer Inc. Altorfer has

approximately 38 stores in the Midwest, including one Chicago metropolitan area. At all times relevant herein, Altorfer owned and operated the commercial Facebook page located at the URL https://www.facebook.com/AlgorferAgProducts (the "FB Page").

4. Verch alleges that Defendant copied his copyrighted Work from the internet in order to advertise, market and promote Defendant's business activities.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Illinois.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Defendant is an Iowa corporation, with its principal place of business at 9670 Tabor Road, Clinton, Illinois, 61727, and can be served by serving its Registered Agent, Corey R. Nuehring at 8400 6th Street SE, Cedar Rapids, IA 52404.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2020, non-party Liliya Krivorychko created the photograph entitled "Grated-mozzarella-cheese--slab-of-cheese-and-metal-cheese-grater--top-view," which is shown below and referred to herein as the "Work."



11. Liliya Krivorychko subsequently transferred all rights in the Work to Verch.

12. Verch registered the Work as part of a group registration of 750 photographs with the Register of Copyrights on September 24, 2020, and was assigned registration number VA 2-219-986. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. Verch published the Work on June 29, 2020, by displaying it on his Flickr page at https://www.flickr.com/photos/30478819@N08/50050613868/ (the "Flickr Page').

14. At the time he published the Work on the Flickr Page and at all times thereafter, Verch offered usage rights to the public through the Creative Commons CC BY 2.0 License (the "CC License"), which allows the public to share and adapt the Work provided that appropriate attribution was made, including appropriate credit to Verch, a link to the license, and a statement of whether any changes were made to the Work.[1]

---

[1] https://creativecommons.org/licenses/by/2.0/

15. Verch's display of the Work on the Flickr Page also included copyright management information next to the Work in the form of Verch's name, the year when the Work was first created ("CMI"), and the link to the licensing terms (collectively, the "Attributions").

16. Verch's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Work are entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

17. At all relevant times Verch was the owner of the copyrighted Work.

## INFRINGEMENT BY DEFENDANT

18. Defendant has never been licensed to use the Work for any purpose.

19. On a date after the Work was created, but prior to the filing of this action, Defendant copied the Work.

20. On or about July 12, 2022, Verch discovered the unauthorized use of his Work on the FB Page.

21. Defendant copied Verch's copyrighted Work without Verch's permission.

22. After Defendant copied the Work, Defendant made further copies and distributed the Work on the internet to promote the sale of Defendant's heavy equipment and agricultural products and services.

23. Defendant copied and distributed Verch's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

24. Defendant committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

25. Verch never gave Defendant permission or authority to copy, distribute or display the Work for any purpose.

26. When Defendant copied and displayed the Work, Defendant removed Verch's CMI from the Work.

27. Verch never gave Defendant permission or authority to remove CMI from the Work at issue in this case.

28. Verch notified Defendant of the allegations set forth herein on May 8, 2023, June 16, 2023, June 16, 2023, May 6, 2024, and December 31, 2024. Defendant has failed to respond to any communications.

## COUNT I
## COPYRIGHT INFRINGEMENT

29. Verch incorporates the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

30. Verch owns a valid copyright in the Work.

31. Verch registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

32. Defendant copied, displayed, and distributed the Work and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

33. Defendant performed the acts alleged in the course and scope of its business activities.

34. Defendant's acts were willful.

35. Verch has been damaged.

36. The harm caused to Verch has been irreparable.

## COUNT II

## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

37. Verch incorporates the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

38. The Work contains CMI in the form of the Attributions on Verch's Flickr Page.

39. Defendant knowingly and with the intent to enable, conceal, or facilitate copyright infringement, displayed the Work on Defendant's FB Page without any of the Attributions in violation of 17 U.S.C. § 1202(b).

40. Defendant distributed the Work to the Defendant's FB Pageknowing that the CMI has been removed or altered without authority of the copyright owner or the law.

41. Defendant committed these acts knowing or having reasonable grounds to know that they would induce, enable, facilitate or conceal infringement of Verch's rights in the Work.

42. Defendant caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Verch's rights in the Work.

43. Verch has been damaged.

44. The harm caused to Verch has been irreparable.

WHEREFORE, Plaintiff MARCO VERCH prays for judgment against Defendant ALTORFER INC. that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 and 1202;

  b. Defendant be required to pay Verch his actual damages and Defendant's profits attributable to the infringement, or, at Verch's election, statutory damages, as provided in 17 U.S.C. §§ 504 and 1203;

  c. Verch be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

  d. Verch be awarded pre- and post-judgment interest; and

  e. Verch be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Verch hereby demands a trial by jury of all issues so triable.

DATED: March 4, 2025    Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*